# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LINDA STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number CIV-05-1103-C |
| | ) |
| KFOR-TV, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

In an order dated June 14, 2006, the Court conditionally granted Plaintiff's Motion to Dismiss Without Prejudice subject to a ten-day period within which Plaintiff may either accept or reject the Court's curative condition enunciated therein. (Order, Dkt. No. 31.) The Court notified Plaintiff that failure to file a timely response would be construed as consent to the Court's conditional grant of dismissal. Plaintiff has not filed a response; therefore, the Court finds that Plaintiff has consented to the curative condition. Plaintiff's Motion to Dismiss Without Prejudice [Dkt. No. 29] is **GRANTED** as delineated in the Court's order of June 14, 2006, and Plaintiffs' action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 7th day of July, 2006.

ROBIN J. CAUTHRON
United States District Judge